UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 21, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>HENRY LAM, )<br>)<br>Defendant. ) | Case No. 3:11-CR-00009-CMK<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>HENRY LAM</u>, Case No. <u>3:11-CR-00009-CMK</u>, Charge <u>21 USC 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ <u>50,000 (co-signed)</u>

        ✔ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other) <u>With pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>March 21, 2011</u> at <u>9:15</u> am.

By <u>Dale A. Drozd</u>
Dale A. Drozd
United States Magistrate Judge